IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| HVAC MODULATION TECHNOLOGIES LLC, | § § § | |
| Plaintiff, | § | Civil Action No. 12-cv-02529 (MJD-JJG) |
| | § | |
| vs. | § § | |
| LENNOX INDUSTRIES, INC., | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Recognizing the Stipulation of Dismissal filed by HVAC MODULATION TECHNOLOGIES, LLC and Defendant LENNOX INDUSTRIES, INC., it is

ORDERED that the claims and causes of action asserted herein by Plaintiff HVAC MODULATION TECHNOLOGIES, LLC and Defendant LENNOX INDUSTRIES, INC. against each other with respect to the patents-in-suit be, and hereby are, dismissed with prejudice.  Nothing in this Order shall be construed as a release or discharge of any claim Plaintiff has or may have in the future against any other asserted infringer of the patent-in-suit; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated:  July 31, 2013.

s/ Michael J. Davis
MICHAEL J. DAVIS
Chief Judge
United States District Court